

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2024

No. 04-24-00505-CV

**IN RE** Todd A. **FOERSTER**

Original Proceeding[1]

**ORDER**

On July 26, 2024, relator filed a petition for a writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on December 11, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2019-CI-15201, styled *Diana Kiernan v. Todd A. Foerster*, in the 131st Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.